# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. 07-00354-CG |
| ) | |
| JOSEPH EDWIN HAYLES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the United States' Motion to Dismiss Indictment without Prejudice (Doc. 14).

Upon due consideration and pursuant to Fed.R.Crim.P. 48(a), such motion hereby is **GRANTED**. It, therefore, is **ORDERED** that Indictment filed on November 27, 2007 against defendant, Joseph Edwin Hayles, is hereby **DISMISSED**.

**DONE and ORDERED** this 19th day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE